UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAWS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:22-cv-9073 (JPO) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

**DISBURSEMENT ORDER**

The Clerk is directed to disburse:

   The five thousand-dollar ($5,000) bond posted by Plaintiff, including any interest minus the registry fee;

To Plaintiff's counsel:

   BOIES SCHILLER FLEXNER LLP
   Attn: Christopher Tom
   55 Hudson Yards
   New York, NY 10001

Within five (5) days of the entry of this Disbursement Order, Plaintiff is directed to provide a copy of this order to this Court's Finance Department.

Dated:  September 15, 2025

_____
J. PAUL OETKEN
United States District Judge